946 A.2d 1021

IN THE MATTER OF KATRINA F. WRIGHT,
AN ATTORNEY AT LAW.

May 5, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–07–392, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **KATRINA F. WRIGHT of WILLINGBORO,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **KATRINA F. WRIGHT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.